The Witkop & Holmes Company, Respondent, v. Ervin G. Boyce, Appellant. — Orders affirmed, with ten dollars costs and disbursements.    All concurred.

Andrew Langdon, Appellant, v. The Northwestern Mutual Life Insurance Company, Respondent.— Judgment so far as appealed from affirmed, with costs to respondent against appellant.    (See 116 App. Div. 558.)    All concurred, except Robson, J., who dissented; Kruse, J., not sitting.

Irving Snell, Respondent, v. The Remington Paper Company, Appellant.— Judgment and order affirmed, with costs.    All concurred.

Emma A. Taylor, as Executrix, etc., of Royal A. Johnson, Deceased, Respondent, v. New York Life Insurance Company, Appellant.— Judgment affirmed, with costs.    All concurred.

Joseph Dean, Respondent, v. The General Accident Assurance Corporation, Limited, Appellant.— Judgment and order affirmed, with costs.    All concurred, except McLennan, P. J., who dissented upon the ground that there is no evidence to support the finding or conclusion that the defendant or its general agent knew before or at the time the policy was issued that the insured was not a machinist.

Harry L. Doersh, Respondent, v. Lake Keuka Navigation Company, Appellant.— Judgment and order affirmed, with costs.    All concurred.

Johanna H. Palmer, as Administratrix, etc., of Clarence E. Palmer, Deceased, Respondent, v. Buffalo, Rochester and Pittsburgh Railway Company, Appellant — Judgment and order reversed and new trial ordered, with costs to appellant to abide event.    Held, that the court erred in submitting the case to the jury under the provisions of the Federal Employers' Liability Act,* and further that the plaintiff's intestate was guilty of contributory negligence as matter of law.

Frank L. Combs, Appellant, v. Sarah E. Snell, Respondent, Impleaded with William M. Combs and Elizabeth Combs, Appellants.— Judgment and order affirmed, with costs.    All concurred.

The New York Central and Hudson River Railroad Company, Appellant, v. Edward G. Herendeen, as Trustee of Edward W. Herendeen, Deceased, and Others, Respondents.— Order affirmed, with costs.    All concurred.

The Page Seed Company, Respondent, v. The Upton Company, Appellant. — Judgment affirmed, with costs.    All concurred.

William H. Rowell, Respondent, v. Arthur R. Peck, Appellant, Impleaded, etc.— Judgment of County Court and of Justice's Court reversed, with costs in this court and the courts below to appellant.    Held, that the evidence fails to show any negligence of the defendant Peck.    All concurred, except Williams, J., who dissented.

Fritz Lewin, Respondent, v. The Koerner Benevolent Association, Appellant. — Judgment and order affirmed, with costs.    All concurred.

Jacob Campbell, Respondent, v. The New York, Chicago and St. Louis Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with

---

* See 34 U. S. Stat. at Large, 232, chap. 3073 ; *The Employers' Liability Cases* (207 U. S. 464).    See also 35 U. S. Stat. at Large, 65, chap. 149.— [REP.